No. 75–169.   Omaha Tribe of Indians et al. v. Peters et al.   C. A. 8th Cir.   Motion to grant petition for writ of certiorari and to consolidate for oral argument with No. 75–5027, *Bryan* v. *Itasca County, Minnesota,* [certiorari granted, *ante,* p. 923], denied.

No. 75–709.   Beal, Secretary of Welfare of Pennsylvania, et al. v. Franklin et al.; and

No. 75–772.   Franklin et al. v. Fitzpatrick, District Attorney of Philadelphia County, et al.   Appeals from D. C. E. D. Pa.   Motions to expedite and to consolidate with No. 74–1151, *Planned Parenthood of Central Missouri* v. *Danforth;* and No. 74–1419, *Danforth* v. *Planned Parenthood of Central Missouri* [probable jurisdiction noted, *ante,* p. 819], denied.

No. 75–5454.   Stratton v. United States Court of Appeals for the Sixth Circuit.   Motion for leave to file petition for writ of mandamus denied.

No. 75–252.   Meachum, Correctional Superintendent, et al. v. Fano et al.   C. A. 1st Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari granted and case set for oral argument with No. 74–520, *Montanye* v. *Haymes* [certiorari granted, 422 U. S. 1055].

No. 75–510.   Flint Ridge Development Co. v. Scenic Rivers Association of Oklahoma et al.; and

No. 75–545.   Hills, Secretary of Housing and Urban Development, et al. v. Scenic Rivers Association of Oklahoma et al.   C. A. 10th Cir.   Certiorari granted.   Cases consolidated and a total of one hour allotted for oral argument.   Reported below: 520 F. 2d 240.